UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA                        CASE NO.  1:23-cv-21929-BB

    Plaintiff,

vs.

The Cheesecake Factory Restaurants Inc.

    Defendant,

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff Alejandro Espinoza, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant The Cheesecake Factory Restaurants Inc.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Debtor(s)
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

### ###